**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 18 B 01783 |
| James Wiley and Neshia N Wiley, ) | HON. Donald R. Cassling |
| ) | CHAPTER 13 |
| DEBTORS. ) | |

## NOTICE OF MOTION

TO: Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe St. STE 3850, Chicago, IL 60603, via electronic court notification;

Ally Financial Inc. f/k/a GMAC Inc., PO Box 130424, Roseville, MN 55113;

Ally Financial Inc. f/k/a GMAC Inc., c/o James M Philbrick, Law Offices of James M. Philbrick, P.C., P. O. Box 351, Mundelein, IL 60060;

PennyMac Loan Services, LLC, c/o Toni Townsend, McCalla Raymer Leibert Pierce, LLC, One North Dearborn, Suite 1300, Suite 1200, Chicago, IL 60602;

Americredit Financial Services, Inc. d/b/a GM Financial, c/o Cari A Kauffman, Sorman & Frankel, Ltd., 180 North LaSalle Street, Suite 2700, Chicago, IL 60601;

See the attached Service List.

Please take notice that on April 2, 2020, at 9:30 a.m., I shall appear before the Honorable Donald R. Cassling in Courtroom 619 in the Federal Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached motion and you may appear if you so choose.

## PROOF OF SERVICE

The undersigned, an attorney, certifies that he sent this notice and the attached motion on March 4, 2020, to:
The Chapter 13 Trustee listed above via electronic notice; and
To the attached service list via U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603.

/s/ *Anthony Kudron*
Attorney for Debtors
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 18-01783<br>Northern District of Illinois<br>Eastern Division<br>Wed Mar  4 09:29:16 CST 2020 | Ally Financial Inc. f/k/a GMAC Inc.<br>PO Box 130424<br>Roseville, MN 55113-0004 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | ALLY FINANCIAL<br>PO Box 130424<br>Saint Paul, MN 55113-0004 |
| ARS ACCOUNT RESOLUTION<br>PO BOX 459079<br>Fort Lauderdale, FL 33345-9079 | ATG CREDIT<br>1700 W CORTLAND ST STE 2<br>CHICAGO, IL 60622-1131 | Ally Financial<br>PO Box 130424<br>Roseville MN 55113-0004 |
| (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | COMENITY BANK/NWYRK&CO<br>220 W SCHROCK RD<br>WESTERVILLE, OH 43081-2873 | COMENITYBK/VCF<br>PO BOX 182789<br>COLUMBUS, OH 43218-2789 |
| CREDIT MANAGEMENT LP<br>PO Box 118288<br>Carrollton, TX 75011-8288 | ComEd<br>1919 Swift Drive<br>Oak Brook, IL 60523-1502 | Commonwealth Edison Company<br>Bankruptcy Department<br>1919 Swift Drive<br>Oakbrook, IL 60523-1502 |
| (p)G  L  A   COLLECTION CO  INC<br>PO BOX 588<br>GREENSBURG IN 47240-0588 | GM Financial<br>ATT: Mandy Youngblood<br>PO Box 183853<br>Arlington, TX 76096-3853 | IL Department of Health and Human Services c<br>100 S Grand Ave<br>Springfield, IL 62762-1000 |
| ILDHFS<br>100 S Grand Ave E<br>Springfield, IL 62762-1000 | IRS 1<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Illinois Department of Human Services<br>100 South Grand Ave East<br>Springfield, IL 62762-0002 |
| Illinois Department of Human Services<br>IL Attorney General<br>100 W. Randolph St., 13th Fl.<br>Chicago, IL 60601-3222 | (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 | MCCALLA RAYMER LEIBERT PIERCE<br>1 NORTH DEARBORN #12<br>Chicago, IL 60602-4337 |
| Navient Solutions, LLC. on behalf of<br>American Student Assistance<br>PO BOX 16129<br>St. Paul, MN 55116-0129 | Nicor Gas<br>Po Box 549<br>Aurora, IL 60507-0549 | PALISADES COLLECTION c/o BLATT HASENMILLER L<br>10 S LASALLE #2200<br>Chicago, IL 60603-1069 |
| PENNYMAC LOAN SERVICES<br>Po Box 514387<br>Los Angeles, CA 90051-4387 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | PennyMac Loan Services, LLC<br>Bankruptcy Department<br>P.O. Box 2010<br>Moorpark, CA 93020 |

| | | |
|---|---|---|
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | REGIONAL RECOVERY SERV<br>PO BOX 3333<br>Munster, IN 46321-0333 | Reed, Jodi<br>100 S Grand Ave<br>Springfield, IL 62762-1000 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | UNITED RESOURCE SYSTEM<br>3501 S TELLER ST<br>LAKEWOOD, CO 80235-2011 | VERIZON WIRELESS<br>P.O. Box 660108<br>Dallas, TX 75266-0108 |
| Verizon<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Anthony J Kudron<br>The Semrad Law Firm, LLC<br>20 S. Clark St., Suite 2800<br>Chicago, IL 60603-1811 | James Wiley<br>16104 Avalon Ave<br>South Holland, IL 60473-1846 |
| Morsheda Hashem<br>The Semrad Law Firm, LLC<br>20 S. Clark St, 28th Floor<br>Chicago, IL 60603-1811 | Neshia N Wiley<br>16104 Avalon Ave<br>South Holland, IL 60473-1846 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603-5764 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jefferson Capital Systems, LLC<br>PO Box 7999<br>St Cloud, MN 56302-9617 | Americredit Financial Services, Inc.<br>Dba GM Financial<br>P.O Box 183853<br>Arlington, TX 76096 | (d)Americredit Financial Services, Inc.<br>dba GM Financial<br>PO Box 183853<br>Arlington, TX 76096 |
| GLA COLLECTION CO INC<br>2630 GLEESON LN<br>LOUISVILLE, KY 40299 | Illinois Department of Revenue Bankruptcy Se<br>P.O. Box 19035<br>Springfield, Illinois 62794-9035 | (d)Illinois Department of Revenue Bankruptcy<br>PO Box 19035<br>Springfield, IL 62794-9035 |
| (d)JEFFERSON CAPITAL SYSTEMS LLC<br>PO Box 7999<br>St Cloud MN 56302 | PORTFOLIO RC<br>120 Corporate Boulevard<br>Norfolk, VA 23502 | (d)Portfolio Recovery Associates, LLC<br>Successor to SYNCHRONY BANK<br>(JC PENNEY)<br>POB 41067<br>Norfolk, VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)AMERICREDIT FINANCIAL SERVICES, INC. d/b/a

(u)PennyMac Loan Services, LLC

End of Label Matrix

Mailable recipients  42
Bypassed recipients   2
Total                44

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 18 B 01783 |
| James Wiley and Neshia N Wiley, ) | HON. Donald R. Cassling |
| ) | CHAPTER 13 |
| DEBTORS. ) | |

### MOTION TO MODIFY PLAN

NOW COMES the Debtors, James Wiley and Neshia N Wiley, by and through Debtors' attorneys, The Semrad Law Firm, LLC, and hereby move this Honorable Court to allow the Debtors to modify the Chapter 13 Plan; Debtors state the following:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C §§1334 & 157. This is a core proceeding pursuant to 28 U.S.C. §157.

2. On January 22, 2018, Debtors filed the above captioned voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

3. On March 8, 2018, this Honorable Court entered an Order confirming Debtors' Chapter 13 Plan of reorganization.

4. Pursuant to the confirmed Chapter 13 Plan, Debtors is required to make plan payments to the Chapter 13 Trustee in the amount of $1,325.00 monthly for 36 months, with secured creditors being paid 100% of his allowed claims, and general unsecured creditors receiving 100.00% of his allowed claims.

5. Debtors' case is running over term because their student loan lenders were included in their case.

6. Section 8.1 of the Debtors' Chapter 13 plan needs to be modified to state that: "Debtors' student loans are currently in deferment and the Trustee shall not pay

any claims filed by the Navient Solutions, LLC."

7. Debtors respectfully request this Honorable Court enter an Order modifying Section 8.1 of the plan to state that: "Debtors' student loans serviced by the Navient Solutions, LLC are currently in deferment and the Trustee shall not pay any claims filed by the Navient Solutions, LLC."

8. Debtors are in a position to proceed with the instant case.

9. Debtors have filed the instant case in good faith and intends to complete the plan of reorganization.

WHEREFORE, the Debtors pray this Honorable Court for the following relief:

A. To modify Section 8.1, to state that Debtors' student loans serviced by the Navient Solutions, LLC are currently in deferment and the Trustee shall not pay the claims filed by the Navient Solutions, LLC any further; and

B. For such other relief as the Court deems fair and proper.

Respectfully Submitted,
/s/ *Anthony Kudron*
Attorney for the Debtors
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625